Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs,
Linnie Staggs as Administrator of the Estate of Robert E. Staggs,
and Melissa Staggs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., ET AL.,<br><br>　　　　　　Defendants. | NO. 2:11−CV−00414−MCE −KJN<br><br>**ORDER ON PLAINTIFFS' EX PARTE REQUEST FOR EXTENSION OF TIME TO SERVE COMPLAINT** |

　　　Having considered Plaintiffs' request to enlarge the time to serve the complaint, and good cause appearing therefor,

　　　IT IS SO ORDERED that Plaintiff shall have until an additional thirty days from the date this Order is filed to serve the Amended Complaint on the Defendants.

Date:  June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE