1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-4928
6   Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov

   *Attorneys for Defendants Allen, Bangi, Chavez,*
8  *Clay, Krpan, St. Clair, and Virga*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, et al.,** | No. 2:11-cv-00414 MCE-KJN |
|---|---|
| Plaintiffs, | **STIPULATION FOR THIRTY-DAY EXTENSION FOR DEFENDANTS TO FILE THEIR RESPONSE TO FIRST AMENDED COMPLAINT; ORDER** |
| v. | |
| **DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,** | |
| Defendants. | |

Defendants Allen, Bangi, Chavez, Clay, Krpan, St. Clair, and Virga were personally served on June 10, 2011, and their responsive pleading is due on July 1. Counsel for Defendants is informed that Defendants Aungst and Benak have also been served, but counsel has not been able to confirm service, nor has she received their request for representation. Defendants' counsel requires more time to ascertain the status of service on Aungst and Benak, their potential request for representation, and to prepare a response to the first amended complaint on behalf of all

1

Defendants employed by or associated with the California Department of Corrections and Rehabilitation.

Accordingly, the parties, by and through their counsel, stipulate that, subject to the Court's approval, Defendants Allen, Bangi, Chavez, Clay, Krpan, St. Clair, and Virga shall have a thirty-day extension, up to and including August 1, 2011, to file a response to the complaint. The parties further agree that the extension shall apply to Aungst and Benak subject to their requesting representation from the Office of the Attorney General.

Dated:  June 30, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  June 30, 2011

U.C. DAVIS CIVIL RIGHTS CLINIC

*/s/ Carter C. White*

CARTER C. WHITE
Supervising Attorney
*Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation and good cause appearing, Defendants Allen, Bangi, Chavez, Clay, Krpan, St. Clair, and Virga shall file their response to the first amended complaint on or before August 1, 2011. This order shall apply to Defendants Aungst and Benak if they are subsequently represented by the Office of the Attorney General.

IT IS SO ORDERED.

DATE: July 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation for Thirty-Day Extension for Defendants to Respond to First Amended Complaint and Order
 (2:11-cv-0414 MCE-KJN)