**DUMMIT, BUCHHOLZ & TRAPP**
Attorneys At Law
1661 Garden Highway
Sacramento, California 95833
Telephone (916) 929-9600
Fax (916) 927-5369
Daniela P. Stoutenburg - State Bar No. 183785
Randall R. McKinnon - State Bar No. 97723
Attorneys for
Defendant DOCTORS HOSPITAL OF MANTECA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>Plaintiffs<br><br>-vs-<br><br>DOCTORS HOSPITAL OF MANTECA, INC.; IVAN D. CLAY, Warden; TIM VARGA, Interim Warden; FRANK X CHAVEZ, Warden; SHARON AUNGST; JACL ST. CLAIR, MD.; CURTIS ALLEN, M.D.; EDWIN BANGI, M.D.; JOHN KRPAN, D.O.; JONATHAN BENAK, P.S.; LINCOLN RUSSIN, M.D.; JAMES P. OWEN, M.D.; MARIO P. SATTAH, M.D.; and DOES 1 Through 100, Inclusive<br><br>Defendants. | Case No. 2:11–CV-00414-MCE-KJN<br><br>**STIPULATION FOR 10-DAY EXTENSION FOR DEFENDANT DOCTORS HOSPITAL OF MANTECA TO FILE ITS RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER** |

Defendant DOCTORS HOSPITAL OF MANTECA (hereinafter "DHM") was served with Plaintiffs' First Amended Complaint on June 13, 2011 and its responsive pleading is due on July 5, 2011. Due to an upcoming trial and a pre-paid overseas vacation, counsel for DHM requires additional time to adequately prepare a response to Plaintiffs' First Amended Complaint. Counsel for DHM has requested a 10-day extension of time in which to file its responsive pleading, to which counsel for Plaintiffs has graciously agreed. Accordingly, Plaintiffs and DHM, by and through their counsel, hereby stipulate that, subject to the Court's approval, Defendant DOCTORS HOSPITAL

---

OF MANTECA shall have a 10-day extension, up to and including July 15, 2011, to file a response to Plaintiffs' First Amended Complaint.

Respectfully submitted,

DATED: July 1, 2011            DUMMIT, BUCHHOLZ & TRAPP

By:      */s/ Randall R. McKinnon*

Daniela P. Stoutenburg
Randall R. McKinnon
Attorneys for Defendant, DOCTORS HOSPITAL OF MANTECA

DATED:            U.C. DAVIS CIVIL RIGHTS CLINIC

By:      */s/ Carter C. White*

Carter C. White
Attorneys for Plaintiffs, LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS

**ORDER**

Based on the parties' stipulation and good cause appearing, Defendant DOCTORS HOSPITAL OF MANTECA shall file its response to the first amended complaint on or before July 15, 2011.

IT IS SO ORDERED.

Dated: July 8, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE