Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs,
Linnie Staggs as Administrator of the Estate of Robert E. Staggs,
and Melissa Staggs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., ET AL.,<br><br>　　　　　　　Defendants. | NO. 2:11−CV−00414−MCE −KJN<br><br>**ORDER EXTENDING TIME TO FILE JOINT PRETRIAL STATEMENT** |

In accordance with the stipulation of the parties it is hereby

ORDERED, that the Joint Pretrial Statement is due to be filed within 14 days of the resolution, by stipulation or court order, of the motions to dismiss set to be heard on September 29, 2011.

Dated:

August 5, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER EXTENDING TIME TO FILE JOINT PRETRIAL STATEMENT