Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs,
Linnie Staggs as Administrator of the Estate of Robert E. Staggs,
and Melissa Staggs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,<br><br>　　　　　　　　Defendants. | NO. 2:11−CV−00414−MCE −KJN<br><br>ORDER ON STIPULATION OF DISMISSAL<br><br>Fed. R. Civ. Pro. 41(a)(1)(A)(ii);<br>Local Rule 143 |

On this day came on to be considered the parties' stipulation of dismissal of Defendants Aungst, Chavez, Clay, and Virga as defendants in the above entitled action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and E.D. Local Rule 143, and the Court, having reviewed the stipulation, does hereby ORDER, that the plaintiffs' actions against Defendants Aungst, Chavez, Clay, and Virga are hereby dismissed.  The case remains active against other defendants.

Dated: September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE