Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs,
Linnie Staggs as Administrator of the Estate of Robert E. Staggs,
and Melissa Staggs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,<br><br>    Plaintiffs,<br><br>vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., ET AL.,<br><br>    Defendants. | NO. 2:11−CV−00414−MCE −KJN<br><br>**ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT AND FURTHER EXTENDING TIME TO FILE JOINT STATUS REPORT** |

In accordance with the stipulation of the parties, Plaintiffs' Second Amended Complaint shall be filed by May 2, 2012. It is further ordered that the Joint Status Report shall be filed within 21 days of the resolution, by stipulation or court order, of any motions to dismiss, or, in the alternative, 21 days after the deadline for filing such motions to dismiss, should no motion be filed.

IT IS SO ORDERED.

DATE:  April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE