1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   DAVID A. CARRASCO, State Bar No. 160460
    Supervising Deputy Attorney General
3   DIANA ESQUIVEL, State Bar No. 202954
    Deputy Attorney General
4     1300 I Street, Suite 125
    P.O. Box 944255
5     Sacramento, CA 94244-2550
    Telephone:  (916) 445-4928
6     Facsimile:  (916) 324-5205
    E-mail:  Diana.Esquivel@doj.ca.gov
7
  *Attorneys for Defendants Allen, Bangi, Krpan, and*
8   *St. Clair*

9               IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

| | |
|---|---|
| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, et al.,** | No. 2:11-cv-00414 MCE-KJN |
| Plaintiffs, | **STIPULATION FOR FOURTEEN-DAY EXTENSION FOR DEFENDANTS TO FILE THEIR RESPONSE TO SECOND AMENDED COMPLAINT;  ORDER THEREON** |
| v. | |
| **DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,** | |
| Defendants. | |

21       The parties, by and through, their respective counsel agree to a two-week extension for

22 Defendants to file their response to the second amended complaint that was filed on May 2, 2012.

23 (ECF No. 51.)  Defendants' responses are currently due on May 16, 2012.

24       Good cause exists to grant the requested extension because counsel for Defendants Allen,

25 Bangi, Krpan, and St. Clair requires more time to analyze the second amended complaint and

26 prepare a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), but due to other

27 pressing deadlines cannot prepare the motion by the current due date.  Also, counsel for plaintiffs

28
                        1

1    and Defendants Sattah, Russin, Owen, and Doctors Hospital of Manteca require more time to

2    meet and confer concerning resolution of certain claims and request for damages before

3    responding to the complaint.

4

5    Dated:  May 15, 2012                              Respectfully submitted,

6                                                      KAMALA D. HARRIS
                                                       Attorney General of California
7                                                      DAVID A. CARRASCO
                                                       Supervising Deputy Attorney General
8

9                                                      */s/ Diana Esquivel*

10                                                     DIANA ESQUIVEL
                                                       Deputy Attorney General
11                                                     *Attorneys for Defendants Allen, Bangi,*
                                                       *Krpan, and St. Clair*
12

13   Dated:  May 15, 2012                              U.C. DAVIS CIVIL RIGHTS CLINIC

14

15                                                     */s/ Carter C. White*

16                                                     CARTER C. WHITE
                                                       Supervising Attorney
17                                                     *Attorneys for Plaintiffs*

18   Dated:  May 15, 2012                              DUMMIT, BUCHHOLZ & TRAPP

19                                                     */s/ Carolyn L. Katzorke*

20                                                     CAROLYN L. KATZORKE
                                                       *Attorneys for Defendant Doctors Hospital of*
21                                                     *Manteca*

22   Dated:  May 15, 2012                              RIGGIO, MORDAUNT, KELLY &
                                                       LUTTERMAN
23

24                                                     */s/ Stephanie Roundy*

25

26                                                     STEPHANIE ROUNDY
                                                       *Attorneys for Defendants Sattah, Russin, and*
                                                       *Owen*

27

28

2

1

## ORDER

2          Based on the parties' stipulation and good cause appearing, Defendants shall file their

3   response to the second amended complaint on or before May 30, 2012.

4          IT IS SO ORDERED.

5

6   Dated:  May 18, 2012

7   _____
    MORRISON C. ENGLAND, JR
8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3