KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone:  (916) 445-4928
　Facsimile:  (916) 324-5205
　E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, et al.,**<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,**<br><br>　　　　　　　　　　　　　　Defendants. | No. 2:11-cv-00414 MCE-KJN<br><br>**STIPULATION FOR FOURTEEN-DAY EXTENSION FOR DEFENDANTS TO FILE THEIR RESPONSE TO SECOND AMENDED COMPLAINT;  ORDER THEREON** |

　　　The parties, by and through, their respective counsel agree to a two-week extension for Defendants to file their response to the second amended complaint that was filed on May 2, 2012. (ECF No. 51.)  Defendants' responses are currently due on May 16, 2012.

　　　Good cause exists to grant the requested extension because counsel for Defendants Allen, Bangi, Krpan, and St. Clair requires more time to analyze the second amended complaint and prepare a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), but due to other pressing deadlines cannot prepare the motion by the current due date.  Also, counsel for plaintiffs

1

and Defendants Sattah, Russin, Owen, and Doctors Hospital of Manteca require more time to meet and confer concerning resolution of certain claims and request for damages before responding to the complaint.

Dated: May 15, 2012                           Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

Dated: May 15, 2012                           U.C. DAVIS CIVIL RIGHTS CLINIC

*/s/ Carter C. White*

CARTER C. WHITE
Supervising Attorney
*Attorneys for Plaintiffs*

Dated: May 15, 2012                           DUMMIT, BUCHHOLZ & TRAPP

*/s/ Carolyn L. Katzorke*

CAROLYN L. KATZORKE
*Attorneys for Defendant Doctors Hospital of Manteca*

Dated: May 15, 2012                           RIGGIO, MORDAUNT, KELLY & LUTTERMAN

*/s/ Stephanie Roundy*

STEPHANIE ROUNDY
*Attorneys for Defendants Sattah, Russin, and Owen*

2

Stipulation for Fourteen-Day Extension for Defendants to Respond to Second Amended Complaint and Order (2:11-cv-0414 MCE-KJN)

**ORDER**

Based on the parties' stipulation and good cause appearing, Defendants shall file their response to the second amended complaint on or before May 30, 2012.

IT IS SO ORDERED.

Dated: May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation for Fourteen-Day Extension for Defendants to Respond to Second Amended Complaint and Order (2:11-cv-0414 MCE-KJN)