Michael R. Mordaunt, Esq., Bar No. 66911
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT KELLY & LUTTERMAN
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendants
MARIO P. SATTAH, M.D., LINCOLN RUSSIN, M.D.
AND JAMES P. OWEN, M.D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>Plaintiff(s),<br><br>vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., IVAN CLAY, Warden, TIM VIRGA, Interim Warden, FRANK X. CHAVEZ, Warden, SHARON AUNGST, JACK ST. CLAIR, M.D., CURTIS ALLEN, M.D., EDWIN BANGI, M.D., JOHN KRPAN, D.O., JONATHAN BENAK, PA, LINCOLN RUSSIN, M.D., JAMES P. OWEN, M.D., MARIO P. SATTAH, M.D. and DOES 1 through 100, inclusive<br><br>Defendant(s). | Case No. 2:11-CV-00414-MCE-KJN<br><br>ORDER |

The stipulation of counsel having been read and considered and good cause appearing, the following is ordered:

The following portions of plaintiff's Second Amended Complaint do not apply as against Lincoln Russin, M.D., James P. Owen, M.D., and Mario P. Sattah, M.D.:

1. Pursuant to Code of Civil Procedure §377.34, decedent's estate is not entitled to

1

[PROPOSED] ORDER STRIKING PORTIONS OF
PLAINTIFFS' SECOND AMENDED COMPLAINT

recover damages for pain, suffering, or emotional distress, that decedent incurred prior to his death against defendants Lincoln Russin, M.D., James P. Owen, M.D. and Mario P. Sattah, M.D.  These damages do not survive the death of decedent in the state law negligence claims, and only negligence claims are alleged against defendants Lincoln Russin, M.D., James P. Owen, M.D. and Mario P. Sattah, M.D. in the second amended complaint.

2. Plaintiffs do not seek an award of punitive damages against defendants Lincoln Russin, M.D., James P. Owen, M.D. and Mario P. Sattah, M.D. in the second amended complaint.

3. Plaintiffs do not seek an award of attorney's fees against defendants Lincoln Russin, M.D., James P. Owen, M.D. or Mario P. Sattah, M.D. in the second amended complaint.

5. This order applies only to plaintiffs' claims against defendants Russin, Owen, and Sattah, and is not intended to apply to any of plaintiffs' claims against other defendants in this action.

6. The defendants Russin, Owen and Sattah are granted an extension of time to file a responsive pleading to the first amended complaint until 10 days after the date of this order.

IT IS SO ORDERED.

Dated:  May 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Riggio, Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

2

[PROPOSED] ORDER STRIKING PORTIONS OF
PLAINTIFFS' SECOND AMENDED COMPLAINT