**DUMMIT, BUCHHOLZ & TRAPP**
   Attorneys At Law
   1661 Garden Highway
Sacramento, California 95833-9706
   Telephone (916) 929-9600
   Fax (916) 927-5368
Daniela P. Stoutenburg- State Bar No. 183785
Carolyn L. Katzorke - State Bar No. 237989
Attorneys for Defendant DOCTORS HOSPITAL OF MANTECA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>        Plaintiffs<br><br>  -vs-<br><br>DOCTORS HOSPITAL OF MANTECA, INC.; IVAN D. CLAY, Warden; TIM VARGA, Interim Warden; FRANK X CHAVEZ, Warden; SHARON AUNGST; JACL ST. CLAIR, MD.; CURTIS ALLEN, M.D.; EDWIN BANGI, M.D.; JOHN KRPAN, D.O.; JONATHAN BENAK, P.S.; LINCOLN RUSSIN, M.D.; JAMES P. OWEN, M.D.; MARIO P. SATTAH, M.D.; and DOES 1 Through 100, Inclusive<br><br>        Defendants. | Case No. 2:11–CV-00414-MCE-KJN<br><br>**ORDER ON STIPULATION CLARIFYING PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT AS TO DEFENDANT DOCTORS HOSPITAL OF MANTECA, INC.** |

The stipulation of counsel having been read and considered and good cause appearing, the following is ordered:

    1.    The first, second, fourth, and fifth claims for relief do not apply to Defendant Doctors Hospital of Manteca, Inc. (hereinafter "DHM").

///

ORDER ON STIPULATION CLARIFYING PORTIONS OF PLAINTIFFS' SECOND AMENDED
COMPLAINT AS TO DEFENDANT DOCTORS HOSPITAL OF MANTECA, INC.

2. Pursuant to C.C.P. §377.34, the Decedent's estate is not entitled to recover damages for pain, suffering, or emotional distress, that Decedent incurred prior to his death against Defendant DHM.  These damages do not survive the death of Decedent in the state law negligence claims, and only state law negligence claims are alleged against Defendant DHM in Plaintiffs' Second Amended Complaint.

3. Plaintiffs do not seek an award of punitive damages against Defendant DHM in their Second Amended Complaint.

4. Plaintiffs do not seek an award of attorneys' fees against Defendant DHM in their Second Amended Complaint.

5. This stipulation only applies to Plaintiffs' claims against Defendant DHM and is not intended to apply to any of Plaintiffs' claims against other defendants in this action.

Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE