Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs,
Linnie Staggs as Administrator of the Estate of Robert E. Staggs,
and Melissa Staggs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., ET AL.,<br><br>　　　　　　　　Defendants. | NO. 2:11−CV−00414−MCE −KJN<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFFS TO FILE CORRECTED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

　　　　On June 28, 2012, Plaintiffs filed their Opposition to the Motion to Dismiss of Defendants Allen, Bangi, Benak, Krpan, and St. Clair. (ECF No. 61).  The Table of Authorities in that document contains several errors that Plaintiffs would like to correct.  By this stipulation, the parties request that Plaintiffs be allowed to file their Corrected Memorandum of Points and Authorities in Opposition to the Motion to Dismiss brought by these defendants, which contains corrections to the Table of Authorities but no changes to the substance of the brief.

//
//
//
//
//
//

| | |
|---|---|
| | Respectfully submitted, |
| Dated: June 29, 2012 | */S/ Carter C. White* |
| | _____ |
| | Carter C. White |
| | |
| | Counsel for Plaintiffs, LINNIE STAGGS, AS ADMINISTRATOR OF THE ESTATE OF ROBERT E. STAGGS, AND MELISSA STAGGS |
| | |
| Dated: June 29, 2012 | */S/ Diana Esquivel* |
| | _____ |
| | Diana Esquivel |
| | Deputy Attorney General |
| | |
| | Attorney for Defendants, JOHN KRPAN, CURTIS ALLEN, JONATHAN BENAK, JACK ST. CLAIR, and EDWIN BANGI |

IT IS SO ORDERED:

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE