Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiffs,
Linnie Staggs as Administrator of the Estate of Robert E. Staggs,
and Melissa Staggs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,<br><br>                            Plaintiffs,<br><br>   vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., ET AL.,<br><br>                            Defendants. | NO. 2:11−CV−00414−MCE−KJN<br><br>**ORDER<br>EXTENDING TIME TO FILE<br>THIRD AMENDED COMPLAINT AND<br>FURTHER EXTENDING TIME TO FILE<br>JOINT STATUS REPORT** |

In accordance with the stipulation of the parties, it is hereby ORDERED, that Plaintiffs' Third Amended Complaint is due to be filed by November 20, 2012.  It is further ORDERED that the Joint Status Report shall be filed within 21 days of the resolution, by stipulation or court order, of any motions to dismiss, or, in the alternative, 21 days after the deadline for filing such motions to dismiss, should no motion be filed.  It is further ORDERED that the Defendants will have 28 days from the date Plaintiffs file their third amended complaint to file their response to the amended pleading.

Dated:  November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING TIME TO FILE THIRD AMENDED COMPLAINT AND JOINT STATUS REPORT