KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,** <br><br> Defendants. | No. 2:11-cv-00414 MCE-KJN <br><br> **STIPULATION AND ORDER FOR TEN-DAY EXTENSION FOR DEFENDANTS TO FILE THEIR ANSWER TO THE CORRECTED FOURTH AMENDED COMPLAINT** <br><br> Action Filed: February 14, 2011 |

Under Federal Rules of Civil Procedure 6(b) and 15(a)(3) and Local Rules 143 and 144(a), Plaintiff and Defendants Allen, Bangi, Krpan, and St. Clair (CDCR Defendants), by and through their counsel of record, agree to a ten-day extension for CDCR Defendants to file their answer to the corrected fourth amended complaint, filed on November 30, 2015. (ECF No. 117.) The response is currently due on December 14, 2015.

When an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time expires. Fed. R. Civ. P. 6(b)(1)(A), 15(a)(3) (stating, in pertinent part, that a

response to an amended pleading is due fourteen days after service unless the court orders otherwise). Good cause exists to grant this motion because CDCR Defendants require more time to prepare their answer. Defense counsel will be unable to complete the answer by the current deadline due to working on more immediate deadlines in her other cases, including trial-related documents. Also, defense counsel needs more time to finish reviewing the relevant medical records to be able to adequately respond to the allegations in the amended pleading. The parties therefore agree to a ten-day extension, up to and including December 24, 2015, for CDCR Defendants to file their answer.

IT IS SO STIPULATED.

Dated: December 14, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General


*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: December 14, 2015

U.C. DAVIS CIVIL RIGHTS CLINIC

*/s/ Carter C. White*

CARTER C. WHITE
Supervising Attorney
*Attorneys for Plaintiffs*

**ORDER**

Good cause appearing, the parties' stipulated request for a ten-day extension for Defendants Allen, Bangi, Krpan, and St. Clair to respond to the fourth amended complaint is GRANTED.

Defendants shall file their answer on or before December 24, 2015.

IT IS SO ORDERED.

Dated: December 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT