Michael R. Mordaunt, Esq., Bar No. 66911
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendants
MARIO P. SATTAH, M.D., LINCOLN RUSSIN, M.D.
AND JAMES P. OWEN, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>Plaintiff(s),<br><br>vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., IVAN CLAY, Warden, TIM VIRGA, Interim Warden, FRANK X. CHAVEZ, Warden, SHARON AUNGST, JACK ST. CLAIR, M.D., CURTIS ALLEN, M.D., EDWIN BANGI, M.D., JOHN KRPAN, D.O., JONATHAN BENAK, PA, LINCOLN RUSSIN, M.D., JAMES P. OWEN, M.D., MARIO P. SATTAH, M.D. and DOES 1 through 100, inclusive<br><br>Defendant(s). | Case No. 2:11-CV-00414-MCE-KJN<br><br>STIPULATION FOR CONTINUANCE OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES AND PROPOSED ORDER<br><br>Action Filed: February 14, 2011 |

Pursuant to Local Rules 143, 144 and 230(f), plaintiffs and defendants Lincoln Russin, M.D. and James P. Owen, M.D., by and through their counsel of record, agree to continue the

1

STIPULATION FOR CONTINUANCE OF PLAINTIFF'S
MOTION TO STRIKE AFFIRMATIVE DEFENSES AND PROPOSED ORDER

hearing on plaintiffs' Motion to Strike Affirmative Defenses (ECF No. 126) to February 25, 2016 at 2:00 p.m. in Courtroom 7.  The motion is currently scheduled for January 28, 2016. There have not been any previous continuances of this motion.

Defense counsel currently represents three defendants, Mario Sattah, M.D., Lincoln Russin, M.D. and James P. Owen, M.D. There is good cause to continue the Motion to Strike because new defense counsel is being obtained for two of these three defendants.  The continuance is necessary in order to retain new defense counsel and allow new counsel to become familiar with the case and issues relevant to the motion to strike.  Good cause to continue the hearing also exists to allow time for new defense counsel to meet and confer with plaintiffs' counsel as to issues raised in the motion to strike. The parties stipulate to a continuance of the hearing on plaintiff's Motion to Strike Affirmative Defenses to February 25, 2016 at 2:00 p.m. in Courtroom 7.

The parties further stipulate that the dates for filing opposition and reply papers are to be based on the new hearing date of February 25, 2016.

IT IS SO STIPULATED.

Dated: December 29, 2015            RIGGIO MORDAUNT & KELLY

By:   (S) *Stephanie Roundy*
Stephanie Roundy, Esq.
Attorneys for Defendant
MARIO P. SATTAH, M.D. LINCOLN RUSSIN, M.D. and JAMES P. OWEN, M.D.

Dated: December __, 2015            U.C. DAVIS CIVIL RIGHTS CLINIC

By:   (S) *Carter C. White*
Carter C. White, Esq.
Supervising Attorney
Attorneys for Plaintiffs

Riggio Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

2

STIPULATION FOR CONTINUANCE OF PLAINTIFF'S
MOTION TO STRIKE AFFIRMATIVE DEFENSES AND PROPOSED ORDER

**ORDER**

Good cause appearing, the parties' stipulated request for a continuance of the hearing on plaintiffs' Motion to Strike Affirmative Defenses to February 25, 2016 at 2:00 p.m. in Courtroom 7 (ECF No. 128) is GRANTED.

The dates for filing opposition and reply papers are to be based on the new hearing date of February 25, 2016.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Riggio Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

3

STIPULATION FOR CONTINUANCE OF PLAINTIFF'S
MOTION TO STRIKE AFFIRMATIVE DEFENSES AND PROPOSED ORDER