Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-6942
Fax: (530) 752-5788
ccwhite@ucdavis.edu

*Attorney for Plaintiffs,*
*Linnie and Melissa Staggs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, individually and as Administrator of the Estate of Robert E. Staggs, and MELISSA STAGGS,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS HOSPITAL OF MANTECA, INC. et al.,<br><br>Defendants. | No. 2:11-cv-00414 MCE-KJN<br><br>STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINE |

Pursuant to Local Rules 143 and 144, the parties stipulate and ask the Court to enter an order extending the expert disclosure deadline in this matter by 4 days, to May 5, 2017.

Pursuant to the Scheduling Order, disclosure of expert witnesses is scheduled to take place by May 1, 2017. ECF No. 145, at 2. This is the first request for an extension of that deadline.

Discovery was to have been completed by March 1, 2017. The parties initially agreed on a date for the deposition of Defendant Dr. Bangi that was during the discovery period. Due to a combination of factors, including the doctor's health issues, his international travel, and the fact that he has relocated to Saudi Arabia which necessitated coordinating the rescheduled deposition dates based on serious time-zone discrepancies, Dr. Bangi's deposition was delayed. The court reporter was only able to make the transcript of Dr. Bangi's deposition available to counsel this

1

morning, on April 28. 2017. In order to allow all parties' experts an opportunity to review the deposition transcript of Dr. Bangi, and incorporate that testimony into their reports, the parties ask that the deadline for expert disclosures be extended by four days, to May 5, 2017.

Dated: April 28, 2017

**/S/ Carter C. White**

Carter C. White
*Attorney for Plaintiffs*

**/S/ Diana Esquivel**

Diana Esquivel
*Attorney for Defendants Allen, Bangi,*
  *Krpan, and St. Clair*

/**S/ Stephanie L. Roundy**

Stephanie L. Roundy
*Attorney for Defendant*
  *Mario Sattah, M.D.*

**/S/ Scott A. Ginns**

Scott A. Ginns
*Attorney for Defendant*
  *James P. Owen, M.D.*

**/S/ Carolyn Northrup**

Carolyn Northrup
*Attorney for Defendant*
  *Doctors Hospital of Manteca, Inc.*

**/S/ Jason Barnas**

Jason Barnas
*Attorney for Defendant*
  *Lincoln Russin, M.D.*

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline for disclosure of expert testimony is extended to May 5, 2017. All other dates in the scheduling order remain unchanged.

IT IS SO ORDERED.

Dated: May 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE