1  Scott A. Ginns, Esquire - SBN 131910
   Carlos M. Ambriz, Esquire - SBN 210130
2  Kay G. Nicholas, Esquire - SBN 155075
   CASSEL GINNS, A Professional Law Corporation
3  1540 W. Kettleman Lane, Suite D
   Lodi, California 95242-9291
4  Telephone:  (209) 320-8900
   Facsimile:  (209) 366-2415
5  scottg@casselginns-law.com
   carlosa@casselginns-law.com
6  kayn@casselginns-law.com
   Attorneys for Defendant
7  JAMES P. OWEN, M.D.

8 UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF CALIFORNIA

9

10 LINNIE STAGGS, as Administrator of the ) Case No.: 2:11-CV-00414-MCE-KJN
   ESTATE OF ROBERT E. STAGGS, deceased, )
11 and MELISSA STAGGS, )
                                          ) **ORDER TO SEAL DOCUMENT**
12          Plaintiffs, )
                                          )
13 vs. ) Action Filed:   February 14, 2011
                                          )
14 DOCTOR=S HOSPITAL OF MANTECA, )
   INC., IVAN D. CLAY, Warden, TIM VIRGA, )
15 Interim Warden, FRANK X. CHAVEZ, )
   Warden, SHARON AUNGST, JACK ST. )
16 CLAIR, M.D., CURTIS ALLEN, M.D., )
   EDWIN BANGI, M.D., JOHN KRPAN, D.O., )
17 JONATHAN BENAK, PA, LINCOLN )
   RUSSIN, M.D., JAMES P. OWEN, M.D., )
18 MARIO P. SATTAH, M.D., and DOES 1 )
   through 100, inclusive, )
19                                        )
            Defendants. )
20 _____ )

21

22         On May 11, 2017, Defendant JAMES P. OWEN, M.D., submitted a Request to Seal Document

23 pursuant to Local Rules 140 and 141 seeking an order sealing ECF No. 164, entitled **A**Disclosure of

24 Expert Witnesses,**@** on the ground that the document contains unredacted dates of birth.

25 ///

26 ///

27 ///

28 ///

_____
1

00114376.WPD

1  Having read and considered this Request to Seal Document and good cause appearing, the Request
2  by JAMES P. OWEN, M.D., for an order sealing ECF No. 164 is GRANTED.  ECF No. 164 shall be
3  sealed.  Defendant is further ordered to refile an appropriately redacted version of ECF No. 164 not later
4  than 14 days from the date of electronic filing of this order.
5        IT IS SO ORDERED.
6  Dated:   May 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE