Carter C. White, State Bar No. 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB 30
Davis, CA 95616
Tel: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINNIE STAGGS, individually and as Administrator of the ESTATE OF ROBERT E. STAGGS and MELISSA STAGGS**,<br><br>Plaintiffs,<br><br>v.<br><br>**DOCTORS HOSPITAL OF MANTECA, INC., et al.**,<br><br>Defendants. | Case No. 2:11-cv-00414-MCE-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AGAINST DEFENDANT OWEN; ORDER**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiffs and Defendant James P. Owen, M.D., by and through their respective counsel, hereby stipulate to a dismissal with prejudice of Plaintiffs' action against Dr. Owen under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Wherefore the undersigned counsel respectfully request that the Court grant this Stipulation of Dismissal of Plaintiffs' action against Defendant Owen with prejudice, and that each party shall bear its own costs. It is so stipulated.

Dated: May 9, 2017    */S/ Carter C. White*
                      Carter C. White
                      *Attorney for Plaintiffs*

Dated: May 9, 2017    */S/ Scott A. Ginns*
                      Scott A. Ginns
                      *Attorney for Defendant Owen*

1

**ORDER**

In accordance with the parties' stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action as against Defendant Owen is dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 18, 2017

Dated: May 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order for Voluntary Dismissal vs. Deft Owen (*Staggs v. DHM*, 2:11-cv-00414-MCE-KJN)