Michael R. Mordaunt, Esq., Bar No. 66911
Stephanie L. Roundy, Esq., Bar No. 211871
Jamil R. Ghannam, Esq., Bar No. 300730
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
MARIO P. SATTAH, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>Plaintiff(s),<br><br>vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., IVAN CLAY, Warden, TIM VIRGA, Interim Warden, FRANK X. CHAVEZ, Warden, SHARON AUNGST, JACK ST. CLAIR, M.D., CURTIS ALLEN, M.D., EDWIN BANGI, M.D., JOHN KRPAN, D.O., JONATHAN BENAK, PA, LINCOLN RUSSIN, M.D., JAMES P. OWEN, M.D., MARIO P. SATTAH, M.D. and DOES 1 through 100, inclusive<br><br>Defendant(s). | Case No. 2:11-CV-00414-MCE-KJN<br><br>ORDER FOR PAGE LIMIT EXTENSION |

The Court has reviewed Defendants' Request and [Proposed] Order for Page Limit Extension for Defendants' Joint Summary Judgment Motion. Good cause appearing, the request is GRANTED IN PART, as detailed below. It is hereby ordered that:

(1) The page limit on Defendants' points and authorities in support of a joint motion for summary judgment shall be extended from twenty (20) pages to **thirty (30) pages**;

(2) The page limit on Plaintiffs' points and authorities in opposition to Defendants' joint motion for summary judgment shall likewise be extended from twenty (20) pages to **thirty (30) pages**;

(3) Defendants' joint reply papers in support of summary judgment shall be extended from ten (10) pages to **twenty (20) pages**.

IT IS SO ORDERED.

Dated: July 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Riggio Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

2

ORDER FOR PAGE LIMIT EXTENSION FOR DEFENDANTS' JOINT SUMMARY JUDGMENT MOTION