1  DOMINIQUE A. POLLARA, SBN 141036
   JASON S. BARNAS, SBN 239456
2  Pollara Law Group
   3600 American River Drive, Suite 160
3  Sacramento, California 95864
   (916) 550-5880 - telephone
4  (916) 550-5066 - fax

5  Attorneys for Defendant LINCOLN RUSSIN, M.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>Plaintiff(s),<br><br>vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., IVAN CLAY, Warden, TIM VIRGA, Interim Warden, FRANK X. CHAVEZ, Warden, SHARON AUNGST, JACK ST. CLAIR, M.D., CURTIS ALLEN, M.D., EDWIN BANGI, M.D., JOHN KRPAN, D.O., JONATHAN BENAK, PA, LINCOLN RUSSIN, M.D., JAMES P. OWEN, M.D., MARIO P. SATTAH, M.D. and DOES 1 through 100, inclusive<br><br>Defendant(s). | Case No. 2:11-CV-00414-MCE-KJN<br><br>**ORDER TO SEAL ECF DOCUMENT NO. 167**<br><br>Action Filed: 2/14/11 |

On April 19, 2018, Defendant LINCOLN RUSSIN, M.D. submitted a Notice of Request to Seal Document pursuant to Local Rule 140(d) seeking an order sealing ECF No. 167, entitled Defendant Lincoln Russin, M.D.'s Disclosure of Expert Witnesses, on the grounds that the document contains an unredacted date of birth. ECF No. 206.

/ / /

/ / /

1

Having read and considered this Request to Seal Document and good cause appearing, the Request by Defendant LINCOLN RUSSIN, M.D. for an order sealing ECF Document No. 167 is GRANTED. ECF Document No. 167 shall be sealed until further order from this Court. Defendant has refiled an appropriately redacted version of ECF No. 167 at ECF No. 170.

IT IS SO ORDERED.

Dated: April 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE