UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, Deceased, and MELISSA STAGGS,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,<br><br>Defendants. | No. 2:11-cv-414-MCE-KJN<br><br>ORDER RE: SETTLEMENT AS TO DEFENDANT RUSSIN |

The case was before the court for a settlement conference conducted in Chambers on September 20, 2018. Pursuant to the representations by counsel for the parties, the court has determined that the matter has settled <u>only</u> as to defendant Dr. Lincoln Russin.

The court now orders that dispositional documents disposing of plaintiffs' claims as to defendant Russin are to be filed not later than thirty (30) days from the date of this order.

IT IS SO ORDERED.

DATED: September 24, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE