Carter C. White, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

*Attorney for Plaintiffs, Linnie & Melissa Staggs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DOCTORS HOSPITAL OF MANTECA, INC., et al., <br><br> Defendants. | Case No. 2:11-cv-00414-MCE-KJN <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE SETTLEMENT DOCUMENTS** |

On September 20, 2018, a settlement conference was held in this matter before Magistrate Judge Edmund F. Brennan. ECF No. 219. Plaintiffs reached an agreement with Defendant Russin only and the terms of the agreement were placed on the record in open court. *Id.* Subsequently the Court ordered the parties to file dispositional documents no later than October 24, 2018. ECF No. 220.

The parties stipulate to, and ask the Court to enter as an Order, an extension of time of 30 additional days to file dispositional documents, to on or before November 23, 2018. Defendant has submitted a proposed release to Plaintiffs that contains a term that was not discussed at the settlement conference. The parties seek additional time from the Court to resolve the dispute

over this term, or, in the alternative, for Plaintiffs to file a motion to enforce the settlement. Plaintiffs have requested a transcript of the September 20, 2018, proceeding which they anticipate will be prepared within 14 days. They will need a few days after receipt of the transcript to prepare and file a motion

Dated: October 22, 2018

Respectfully submitted,

*/S/ Carter C. White*

_____

Carter C. White
Attorney for Plaintiffs


*/S/ Jason Barnas*

Dated: October 22, 2018

_____

Jason Barnas
Attorney for Defendant Russin


# [~~PROPOSED~~] ORDER

The deadline for Plaintiffs and Defendant Russin to file dispositional documents is hereby extended until on or before November ~~23~~ 26, 2018.

DATED: October 23, 2018.

_____

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE