UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, Deceased, and MELISSA STAGGS,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,<br><br>Defendants. | No. 2:11-cv-414-MCE-KJN<br><br>ORDER TO SHOW CAUSE |

On September 20, 2018, at a Settlement Conference before the undersigned, this matter settled as to the claims between plaintiff and defendant Dr. Lincoln Russin. On September 24, 2018, the court issued an order directing the parties to file documents disposing of the claims as to defendant Russin within thirty (30) days. *See* ECF No. 220. On October 23, 2018, the court extended that time to November 26, 2018. ECF No. 223. The time for acting has now expired and the parties have not filed the dispositional documents nor otherwise responded to the court's order.

/////

/////

/////

Accordingly, the court hereby ORDERS that counsel for plaintiff and defendant Russin shall SHOW CAUSE not later than fourteen (14) days from the date of this order why sanctions should not be imposed for failure to comply with the court's order directing those parties to file dispositional documents.

SO ORDERED.

DATED: November 28, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE