UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, Deceased, and MELISSA STAGGS,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,<br><br>Defendants. | No. 2:11-cv-414-MCE-KJN<br><br><br><br>ORDER |

On September 20, 2018, at a Settlement Conference before the undersigned, this matter settled as to the claims between plaintiffs and defendant Dr. Lincoln Russin. On November 28, 2018, the court hereby ordered counsel for plaintiffs and defendant Russin to show cause why sanctions should not be imposed for failure to comply with the court's order directing those parties to file dispositional documents. On December 12, 2018, counsel for plaintiffs filed a response to the order to show cause. ECF No. 227. Contained within the response is a request for additional time to comply. That request is GRANTED. Accordingly, documents disposing of plaintiffs' claims as to defendant Russin shall be filed not later than January 2, 2019.

SO ORDERED.

DATED: December 13, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE