UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, individually and as Administrator of the Estate of Robert E. Staggs, and MELISSA STAGGS,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS HOSPITAL OF MANTECA, INC., et al.,<br><br>Defendants. | No. 2:11-cv-00414-MCE-KJN<br><br>**ORDER** |

In this action Plaintiffs Linnie Staggs, individually and as the Administrator of the Estate of Robert E. Staggs ("Decedent"), and Melissa Staggs (collectively "Plaintiffs"), seek redress from, <u>inter alia</u>, Defendants Jack St. Clair, M.D.; Curtis Allen, M.D.; Lincoln Russin, M.D.[1]; Edwin Bangi, M.D.; John Krpan, D.O.; Mario P. Sattah, M.D.; Doctors Hospital of Manteca ("DHM"); and various Doe Defendants (collectively "Defendants") stemming from Defendants' medical treatment of Decedent during his incarceration at Sierra Conservation Center ("SCC").

///
///

---

[1] Since filing the present motion, Plaintiffs have reached a settlement agreement with Defendant Dr. Russin. <u>See</u> ECF Nos. 220, 223, 229.

1

On March 29, 2019, the Court issued its Supplemental Pretrial Scheduling Order ("Supplemental PTSO") (ECF No. 233), which detailed, in part, that: (1) the Final Pretrial Conference ("FPTC") is set for December 5, 2019, at 2:00 p.m. (id. at 1); and (2) regarding Motions in Limine, that, "[a]ny evidentiary or procedural motions are to be filed in **one** document by November 8, 2019.  Oppositions must be filed in **one** document by November 22, 2019, and any reply must be filed in one document by November 29, 2019." Id. at 5 (emphasis in original).

Subsequently, the SCC Defendants, through their attorney of record, filed Objections to the Supplemental PTSO.  ECF No. 234.  The Objection seeks clarification on the Court's Order that all motions in limine, to include oppositions thereto, be filed "in one document." Id. at 2.  To clarify the requirement that all motions in limine, oppositions thereto, and replies in support of, be filed in "one" document, parties filing multiple motions in limine must submit their motions and the supporting exhibits in one document for the Court.  Responses to motions in limine must also be submitted in one document.  Each side is not required to jointly file their motions, oppositions, and replies with the other side.[2]

IT IS SO ORDERED.

DATED: October 10, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] The Objections further requested that Diana Esquivel, attorney for SCC Defendants, be permitted to appear by telephone at the December 5, 2019 FPTC. ECF No. 234, at 2.  According to the Joint Status Report filed September 17, 2019, Ms. Esquivel no longer has a conflict with the FPTC date. ECF No. 241, at 2.