Michael R. Mordaunt, Esq., Bar No. 66911
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
MARIO P. SATTAH, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>Plaintiff(s),<br><br>vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., IVAN CLAY, Warden, TIM VIRGA, Interim Warden, FRANK X. CHAVEZ, Warden, SHARON AUNGST, JACK ST. CLAIR, M.D., CURTIS ALLEN, M.D., EDWIN BANGI, M.D., JOHN KRPAN, D.O., JONATHAN BENAK, PA, LINCOLN RUSSIN, M.D., JAMES P. OWEN, M.D., MARIO P. SATTAH, M.D. and DOES 1 through 100, inclusive<br><br>Defendant(s). | Case No. 2:11-CV-00414-MCE-KJN<br><br>APPLICATION AND DECLARATION FOR ORDER PERMITTING ATTORNEY STEPHANIE ROUNDY TO APPEAR AT THE FINAL PRETRIAL CONFERENCE AND ORDER |

I, MICHAEL R. MORDAUNT, declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California, and before the United States District Court, Eastern District of California. I am the attorney who will be handling the trial in this matter on behalf of the defendant MARIO P. SATTAH, M.D. herein.

2. According to the pretrial order, the Final Pretrial Conference ("FPTC") must be

1

attended by at least one attorney who will conduct the trial for each party. I will not be able to attend the FPTC because of a medical procedure that I will be undergoing on December 4, 2019, the date of the FPTC. I have inquired as to whether it is possible to change the date of the medical procedure, and I have been advised that it is not possible. As a result of the medical procedure that I am required to undergo on December 4th, I will not be able to personally attend the FPTC. I have asked attorney Stephanie Roundy of my office to personally attend the conference. Ms. Roundy has been involved extensively in the handling of this case, prepared the motions in limine and the joint pretrial statement. She is intimately familiar with all of the issues in the case and will be prepared to discuss all issues at the final pretrial conference.

3. I respectfully request that the court allow Stephanie Roundy to appear at the FPTC on behalf of MARIO P. SATTAH, M.D.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 20th day of November 2019 at Stockton, California.

/s/ Michael R. Mordaunt, Esq.
Michael R. Mordaunt, Esq.
Attorneys for Defendant
MARIO P. SATTAH, M.D.

**ORDER**

The Court having considered the declaration of Michael R. Mordaunt regarding appearance at the Final Pretrial Conference and finding good cause, IT IS HEREBY ORDERED THAT:

1. Attorney Stephanie Roundy is granted permission to appear on behalf of MARIO P. SATTAH, M.D., to attend the Final Pretrial Conference on December 4, 2019, and to discuss and argue all pretrial conference issues.

IT IS SO ORDERED.

Dated: November 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE