| | |
|---|---|
| Xavier Becerra, SBN 118517<br>Attorney General of California<br>Peter A. Meshot, SBN 117061<br>Supervising Deputy Attorney General<br>Diana Esquivel, SBN 202954<br>Deputy Attorney General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7320<br>  Facsimile: (916) 322-8288<br>  E-mail: Diana.Esquivel@doj.ca.gov<br>*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair* | Carter C. White, SBN 164149<br>U.C. Davis Civil Rights Clinic<br>  One Shields Avenue, Bldg. TB-30<br>  Davis, CA 95616-8821<br>  Telephone: (530) 752-6942<br>  Facsimile: (530) 752-5788<br>  ccwhite@ucdavis.edu<br>*Attorneys for Plaintiffs Linnie Staggs, as Administrator of the Estate of Robert E. Staggs, and Melissa Staggs* |
| Michael R. Mordaunt, SBN 66911<br>Stephanie L. Roundy, SBN 211871<br>RIGGIO MORDAUNT & KELLY<br>A Professional Law Corporation<br>  2509 West March Lane, Suite 200<br>  Stockton, CA 95207<br>  Telephone: (209) 473-8732<br>  mmordaunt@riggiolaw.com<br>*Attorney for Defendant Mario Sattah, M.D.* | Daniela P. Stoutenburg, SBN 183785<br>Carolyn L. Northrop, SBN 237989<br>DUMMIT, BUCKHOLZ & TRAPP<br>Attorneys At Law<br>  1661 Garden Highway<br>  Sacramento, CA 95833<br>  Telephone: (916) 929-9600<br>  Facsimile: (916) 927-5369<br>  Email: carolyn.northrop@dbt.law<br>*Attorneys for Defendant Doctors Hospital of Manteca, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**DOCTOR'S HOSPITAL OF MANTECA, INC., et al.,**<br><br>                  Defendants. | No. 2:11-cv-00414 MCE-KJN<br><br>**STIPULATED REQUEST FOR 60-DAY EXTENSION TO DISCLOSE REBUTTAL EXPERT WITNESS AND ORDER**<br><br>Trial Date: None<br>Action Filed: June 9, 2011 |

     Under Federal Rule of Civil Procedure 6(d)(a) and Local Rules 143 and 144, the parties, by and through their attorneys of record, stipulate to and request a sixty-day extension of the March

| | |
|---|---|
| 1 | 27, 2020 deadline for Defendants to disclose their rebuttal expert witness(es) primarily due to the |
| 2 | effects of the coronavirus (COVID-19) outbreak. |
| 3 | The Court previously extended the deadline for Defendants to disclose rebuttal expert |
| 4 | witnesses by thirty-days. (ECF Nos. 284, 285.) Since the last extension, defense counsel, Diana |
| 5 | Esquivel, had been pursuing some promising leads to locate the needed expert given that |
| 6 | compassionate releases are a specialized niche with the California Department of Corrections and |
| 7 | Rehabilitation (CDCR). However, given the events of the past three weeks involving the |
| 8 | COVID-19 pandemic, proclamations of a state emergency from state and local officials for |
| 9 | residents to shelter-in, and implemented telework schedules for many public agencies, including |
| 10 | CDCR, Defendants have not been able to retain a rebuttal expert witness and will not be able to |
| 11 | do so by the current deadline. The parties therefore agree to an additional sixty-day extension, up |
| 12 | to and including May 29, 2020, for Defendants to disclose their rebuttal expert witness(es). The |
| 13 | parties further agree to and request that the Court continue the April 9, 2020 deadline to file the |
| 14 | Joint Statement concerning expert-related motions to June 9, 2020. |
| 15 | IT IS SO STIPULATED. |

Dated: March 26, 2020                      Respectfully submitted,

                                                              OFFICE OF THE ATTORNEY GENERAL

                                                              ***/s/ Diana Esquivel***

                                                              DIANA ESQUIVEL
                                                              Deputy Attorney General
                                                              *Attorneys for Defendants Allen, Bangi, Krpan,*
                                                              *and St. Clair*

Dated: March 25, 2020                      UC DAVIS CIVIL RIGHTS CLINIC

                                                              ***/s/ Carter White***  (authorized 3/25/2020)

                                                              CARTER C. WHITE
                                                              *Attorneys for Plaintiffs Linnie and Melissa*
                                                              *Staggs*

| | | |
|---|---|---|
| 1 | Dated: March 25, 2020 | DUMMIT, BUCKHOLZ & TRAPP |
| 2 | | */s/ Carolyn L. Northrop*  (authorized 3/25/20) |
| 3 | | CAROLYN L. NORTHROP |
| 4 | | *Attorneys for Defendants Doctors Hospital of Manteca, Inc.* |
| 5 | | |
| 6 | Dated: March 25, 2020 | RIGGIO, MORDAUNT & KELLY |
| 7 | | */s/ Stephanie L. Roundy*  (authorized 3/25/20) |
| 8 | | MICHAEL R. MORDAUNT<br>STEPHANIE L. ROUNDY<br>*Attorneys for Defendant Mario Sattah, M.D.* |

SA2011302076
14549526.docx

**ORDER**

Based on the parties' stipulation and good cause appearing, the request to extend the deadline to disclose rebuttal experts by sixty days is GRANTED.

Defendants shall disclose their rebuttal expert(s) to Plaintiffs' damages expert, Daniel Vasquez, by no later than May 29, 2020.

The Joint Statement on whether leave to file any motion will be sought concerning the damages experts is now due by June 9, 2020.

Dated: March 30, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

stag.414