| | |
|---|---|
| XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>PETER A. MESHOT, SBN 117061<br>Supervising Deputy Attorney General<br>DIANA ESQUIVEL, SBN 202954<br>Deputy Attorney General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7320<br>  Facsimile: (916) 322-8288<br>  E-mail: Diana.Esquivel@doj.ca.gov<br>*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair* | Carter C. White, SBN 164149<br>U.C. Davis Civil Rights Clinic<br>  One Shields Avenue, Bldg. TB-30<br>  Davis, CA 95616-8821<br>  Telephone: (530) 752-6942<br>  Facsimile: (530) 752-5788<br>  ccwhite@ucdavis.edu<br>*Attorneys for Plaintiffs Linnie Staggs, as Administrator of the Estate of Robert E. Staggs, and Melissa Staggs* |
| Michael R. Mordaunt, SBN 66911<br>Stephanie L. Roundy, SBN 211871<br>RIGGIO MORDAUNT & KELLY<br>A Professional Law Corporation<br>  2509 West March Lane, Suite 200<br>  Stockton, CA 95207<br>  Telephone: (209) 473-8732<br>  mmordaunt@riggiolaw.com<br>*Attorney for Defendant Mario Sattah, M.D.* | Daniela P. Stoutenburg, SBN 183785<br>Carolyn L. Northrop, SBN 237989<br>DUMMIT, BUCKHOLZ & TRAPP<br>Attorneys At Law<br>  1661 Garden Highway<br>  Sacramento, CA 95833<br>  Telephone: (916) 929-9600<br>  Facsimile: (916) 927-5369<br>  Email: carolyn.northrop@dbt.law<br>*Attorneys for Defendant Doctors Hospital of Manteca, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,**<br><br>                                          Plaintiffs,<br><br>    v.<br><br>**DOCTORS HOSPITAL OF MANTECA, INC., et al.,**<br><br>                                          Defendants. | No. 2:11-cv-00414 MCE-KJN<br><br>**STIPULATED REQUEST FOR FOURTEEN-DAY EXTENSION TO DISCLOSE REBUTTAL EXPERT WITNESS AND ORDER**<br><br>Trial Date:    None<br>Action Filed:  June 9, 2011 |

1

1    Under Federal Rule of Civil Procedure 6(d)(a) and Local Rules 143 and 144, the parties, by and through their attorneys of record, stipulate to and request a fourteen-day extension of the May 29, 2020 deadline for Defendants to disclose their rebuttal expert witness(es).  This extension is needed due to the unexpected unavailability of the witness the Defendants had secured to serve as a rebuttal expert.

   Defendants previously requested, and the Court granted, two extensions for Defendants to disclose rebuttal expert witnesses.  (ECF Nos. 284-287.)  Since the last extension, defense counsel, Diana Esquivel, located an individual in CDCR's Classification Services Unit (CSU) who had knowledge of the compassionate-release process and was willing to serve as a rebuttal witness in this case.  To that end, the CSU employee reviewed the relevant case materials, and Defendants were prepared to make a timely disclosure.  However, on the morning of May 28, 2020, Ms. Esquivel was informed that the CSU employee had become unexpectedly unavailable and would not be able to serve as a rebuttal expert.  Ms. Esquivel spoke with several CSU supervisors to find out if another CSU staff member was available to assist in this matter.  As of the date of filing this stipulation, Ms. Esquivel continues to work with CSU and other CDCR staff to identify another individual knowledgeable of the compassionate-release process and who is available to serve as a rebuttal expert. For this reason, Defendants require a two-week extension to disclose their rebuttal expert.

   The parties therefore agree to an additional fourteen-day extension, up to and including June 12, 2020, for Defendants to disclose their rebuttal expert witness(es).

/ / /

/ / /

/ / /

/ / /

/ / /

1  The parties further agree to and request that the Court continue the June 9 deadline to file
2  the Joint Statement concerning expert-related motions to June 19, 2020.
3  IT IS SO STIPULATED.

Dated: May 29, 2020               Respectfully submitted,

                                  OFFICE OF THE ATTORNEY GENERAL

                                  */s/ Diana Esquivel*

                                  DIANA ESQUIVEL
                                  Deputy Attorney General
                                  *Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

Dated: May 29, 2020               UC DAVIS CIVIL RIGHTS CLINIC

                                  */s/ Carter White*  (authorized 5/29/2020)

                                  CARTER C. WHITE
                                  *Attorneys for Plaintiffs Linnie and Melissa Staggs*

Dated: May 29, 2020               DUMMIT, BUCKHOLZ & TRAPP

                                  */s/ Carolyn L. Northrop*  (authorized 5/29/20)

                                  CAROLYN L. NORTHROP
                                  *Attorneys for Defendants Doctors Hospital of Manteca, Inc.*

Dated: May 29, 2020               RIGGIO, MORDAUNT & KELLY

                                  */s/ Stephanie L. Roundy*  (authorized 5/29/20)

                                  MICHAEL R. MORDAUNT
                                  STEPHANIE L. ROUNDY
                                  *Attorneys for Defendant Mario Sattah, M.D.*

SA2011302076
34112554.docx

Stipulated Request for 14-Day Extension re Rebuttal Expert Witness  (2:11-cv-0414 MCE-KJN)

**ORDER**

Based on the parties' stipulation and good cause appearing, the request to extend the deadline to disclose rebuttal experts by fourteen days is GRANTED.

Defendants shall disclose their rebuttal expert(s) to Plaintiffs' damages expert, Daniel Vasquez, by no later than June 12, 2020.

The Joint Statement on whether leave to file any motion will be sought concerning the damages experts is now due by June 19, 2020.

IT IS SO ORDERED.

Dated: June 1, 2020

stag.414

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE