| | |
|---|---|
| XAVIER BECERRA, SBN 118517<br>Attorney General of California<br>PETER A. MESHOT, SBN 117061<br>Supervising Deputy Attorney General<br>DIANA ESQUIVEL, SBN 202954<br>Deputy Attorney General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7320<br>  Facsimile: (916) 322-8288<br>  E-mail: Diana.Esquivel@doj.ca.gov<br>*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair* | Carter C. White, SBN 164149<br>U.C. Davis Civil Rights Clinic<br>  One Shields Avenue, Bldg. TB-30<br>  Davis, CA 95616-8821<br>  Telephone: (530) 752-6942<br>  Facsimile: (530) 752-5788<br>  ccwhite@ucdavis.edu<br>*Attorneys for Plaintiffs Linnie Staggs, as Administrator of the Estate of Robert E. Staggs, and Melissa Staggs* |
| Michael R. Mordaunt, SBN 66911<br>Stephanie L. Roundy, SBN 211871<br>RIGGIO MORDAUNT & KELLY<br>A Professional Law Corporation<br>  2509 West March Lane, Suite 200<br>  Stockton, CA  95207<br>  Telephone: (209) 473-8732<br>  mmordaunt@riggiolaw.com<br>*Attorney for Defendant Mario Sattah, M.D.* | Daniela P. Stoutenburg, SBN 183785<br>Carolyn L. Northrop, SBN 237989<br>DUMMIT, BUCKHOLZ & TRAPP<br>Attorneys At Law<br>  1661 Garden Highway<br>  Sacramento, CA 95833<br>  Telephone: (916) 929-9600<br>  Facsimile: (916) 927-5369<br>  Email: carolyn.northrop@dbt.law<br>*Attorneys for Defendant Doctors Hospital of Manteca, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,**<br><br>                                                    Plaintiffs,<br><br>     **v.**<br><br>**DOCTORS HOSPITAL OF MANTECA, INC., et al.,**<br><br>                                                    Defendants. | No. 2:11-cv-00414 MCE-KJN<br><br>**STIPULATED REQUEST FOR FOUR-DAY EXTENSION TO DISCLOSE REBUTTAL EXPERT WITNESS AND ORDER**<br><br>Trial Date:     None<br>Action Filed:  June 9, 2011 |

1

1   Under Federal Rule of Civil Procedure 6(d)(a) and Local Rules 143 and 144, the parties, by
2   and through their attorneys of record, stipulate to and request a four-day extension of the June 12,
3   2020 deadline for Defendants to disclose their rebuttal expert witness(es).  This extension is
4   needed because Defendants' newly identified rebuttal expert requires additional time to review
5   the case material and complete her report.

6   Defendants previously requested, and the Court granted, three extensions for Defendants to
7   disclose rebuttal expert witnesses.  (ECF Nos. 284-289.)  Defendants' last extension was needed
8   due to the unexpected unavailability of the Classification Services Unit (CSU) employee who had
9   intended to serve as a rebuttal witness in this case.  With the assistance of CDCR, Defendants
10  have identified an employee with the Board of Parole Hearings who is willing to serve as an
11  expert.  The Board employee has already started working on this matter; but given the amount of
12  material that she must review, she requires a little more time to complete her report.  Defendants
13  therefore seek a short extension to June 16 to serve their disclosures.

14  Plaintiffs agree to an additional four-day extension.  No other deadline will be affected by
15  this request.

16  IT IS SO STIPULATED.

| Dated:  June 11, 2020 | Respectfully submitted, |
|---|---|
| | OFFICE OF THE ATTORNEY GENERAL |
| | */s/ Diana Esquivel* |
| | DIANA ESQUIVEL<br>Deputy Attorney General<br>*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair* |
| Dated:  June 11, 2020 | UC DAVIS CIVIL RIGHTS CLINIC |
| | */s/ Carter White*  (authorized 6/11/2020) |
| | CARTER C. WHITE<br>*Attorneys for Plaintiffs Linnie and Melissa Staggs* |

| | | |
|---|---|---|
| 1 | Dated:  June 11, 2020 | DUMMIT, BUCKHOLZ & TRAPP |
| 2 | | */s/ Carolyn L. Northrop*  (authorized 6/11/20) |
| 3 | | CAROLYN L. NORTHROP |
| 4 | | *Attorneys for Defendants Doctors Hospital of Manteca, Inc.* |
| 5 | | |
| 6 | Dated:  June 11, 2020 | RIGGIO, MORDAUNT & KELLY |
| 7 | | */s/ Stephanie L. Roundy*  (authorized 6/11/20) |
| 8 | | MICHAEL R. MORDAUNT<br>STEPHANIE L. ROUNDY<br>*Attorneys for Defendant Mario Sattah, M.D.* |

34149940.docx

**ORDER**

Based on the parties' stipulation and good cause appearing, the request to extend the deadline to disclose rebuttal experts by an additional four days is GRANTED.

Defendants shall disclose their rebuttal expert(s) to Plaintiffs' damages expert, Daniel Vasquez, by no later than June 16, 2020.

IT IS SO ORDERED.

Dated:  June 12, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE