1  **DUMMIT, BUCHHOLZ & TRAPP**
   Daniela P. Stoutenburg, SBN: 183785
2  Email: daniela.stoutenburg@dbt.law
3  Carolyn L. Northrop, SBN: 237989
   Email: carolyn.northrop@dbt.law
4  1661 Garden Highway
5  Sacramento, California 95833
   Telephone: (916) 929-9600
6  Fax: (916) 927-5368
7
8  *Attorneys for Defendant*,
   Doctors Hospital of Manteca, Inc.
9

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**DOCTORS HOSPITAL OF MANTECA, INC.; IVAN D. CLAY, Warden; TIM VARGA, Interim Warden; FRANK X CHAVEZ, Warden; SHARON AUNGST; JACK ST. CLAIR, MD.; CURTIS ALLEN, M.D.; EDWIN BANGI, M.D.; JOHN KRPAN, D.O.; JONATHAN BENAK, P.A.; LINCOLN RUSSIN, M.D.; JAMES P. OWEN, M.D.; MARIO P. SATTAH, M.D.; and DOES 1 Through 100, Inclusive,**<br><br>    **Defendants.** | **Case No.: 2:11–CV-00414-MCE-KJN**<br><br>**SUBSTITUTION OF ATTORNEY; ORDER**<br><br>**Complaint Filed: 06/09/11**<br>**Trial Date: 02/10/20** |

///

///

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE is hereby given that, subject to approval by the court, DOCTORS HOSPITAL OF MANTECA, INC., substitutes Carolyn L. Northrop, Esq. with her new associated law firm of Schuering, Zimmerman & Doyle, LLP, State Bar No. 237989, as counsel of record in place of Carolyn L. Northrop, Esq. with her former associated law firm of Dummit, Buchholz & Trapp.

Contact information for counsel is as follows:

SCHUERING, ZIMMERMAN & DOYLE, LLP

400 University Avenue

Sacramento, CA 95825

Telephone: (916) 567-0400; Facsimile: (916) 568-0400

Email: cln@szs.com

I consent to the above substitution.

DATED:

By: _____
DOCTORS HOSPITAL OF MANTECA, INC.

I consent to being substituted.

DATED:                                             DUMMIT, BUCHHOLZ & TRAPP

By: _____
     Carolyn L. Northrop
     Former Attorneys for Defendant,
     DOCTORS HOSPITAL OF MANTECA, INC.

I consent to the above substitution.

DATED:                                             SCHUERING, ZIMMERMAN & DOYLE, LLP

By: _____
     Carolyn L. Northrop
     Attorneys for Defendant, DOCTORS
     HOSPITAL OF MANTECA, INC.

### **ORDER**

Based upon the notice provided by counsel and consent by the party and counsel, the substitution is hereby APPROVED and ordered.

IT IS SO ORDERED.

Dated: February 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

# DECLARATION OF SERVICE

*Staggs v. Manteca, et al.*
*U.S. District Court, Eastern District Case No. 2:11-CV-00414-MCE-KJN*

    I am employed in Sacramento County; I am over the age of eighteen years and not a party to the within action; my business address is 400 University Avenue, Sacramento, CA 95825.

    On <u>January 11, 2021</u>, I served the foregoing documents described as **SUBSTITUTION OF ATTORNEY; ORDER** on the interested parties in this action as follows:

<u>*Attorneys for Plaintiff*</u>*:*
Carter C. White, Esq.
U.C. Davis Civil Rights Clinic
One Shields Avenue, Bldg. TB-30
Davis, CA 95616
530-752-5440
530-752-5788 (fax)
ccwhite@ucdavis.edu

<u>*Attorneys for Co-defendant, Mario P. Sattah, M.D.:*</u>
Stephanie Roundy, Esq.
Michael Mordaunt, Esq.
Jamil Ghannam, Esq.
RIGGIO, MORDAUNT & KELLY
3439 Brookside Road, Suite 208A
Stockton, CA 95219
209-473-8732
209-957-9165 (fax)
sroundy@riggiolaw.com
mmordaunt@riggiolaw.com
jghannam@riggiolaw.com

<u>*Attorney for Co-defendants, Jack St. Clair, Curtis Allen, Edwin Bangi, John Krpan, and Jonathan Benak:*</u>
Diana Esquivel, Esq.
Xavier Becerra, Esq.
Christopher J. Becker, Esq.
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
916-210-7320
916-324-5205 (fax)
Diana.esquivel@doj.ca.gov

\_\_ **By United States Postal Service.** I enclosed the documents in a sealed envelope or package with postage fully prepaid, addressed to each party at their address of record (listed herein) and placed the envelope for collection and depositing with the United States Postal Service on this same date in accordance

with ordinary business practices.  The envelope or package was placed in the mail in Sacramento, California.

\_\_ **By Overnight Delivery Service.**  I enclosed the documents in an envelope or package provided by an overnight carrier and addressed to each party at their address of record (listed herein).  I caused the envelope or package to be placed for collection and overnight delivery at a regularly utilized pick-up location of the overnight delivery carrier.

\_\_ **By Facsimile.**  By sending a true copy thereof by facsimile machine to the numbers listed herein, and then depositing for collection and mailing, following ordinary business practices, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid.

✔ **By E-Mail or Electronic Transmission.**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to each party at their e-mail addresses of record (listed herein).  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

\_\_ **By Messenger Service.**  I served the documents by placing them in an envelope or package addressed to each party at their address of record (listed herein) and providing them to a professional messenger service for service.  (See Declaration of Messenger, attached).

I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated on this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on <u>January 11, 2021</u>, at Sacramento, California.

_____

                                                                        Angelina M. Felo