CARTER C. WHITE, CSB #164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

*Attorney for Plaintiffs*
Linnie and Melissa Staggs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ROBERT E. STAGGS, AND MELISSA STAGGS,<br><br>Plaintiffs,<br><br>vs.<br><br>DOCTORS HOSPITAL OF MANTECA INC., ET AL.,<br><br>Defendants | Case No.: 2:11-cv-00414 MCE-KJN<br><br>**ORDER SUBSTITUTING PARTY** |

Pursuant to the Parties' stipulation, and because Alexa Wintemberg (née Staggs) is no longer a minor, IT IS HEREBY ORDERED that Alexa Wintemberg is substituted as Defendant in place of Sandra Baumann as next friend of Alexa Staggs. The Clerk of Court is directed to amend the docket to reflect this change.

IT IS SO ORDERED.

Dated:  January 27, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE