ROB BONTA, State Bar No. 202668
Attorney General of California
CHRISTINE E. GARSKE, State Bar No. 232879
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7320
  Facsimile:  (916) 322-8288
  E-mail:  Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINNIE STAGGS, et al.,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**DOCTORS HOSPITAL OF MANTECA, INC., et al.,**<br><br>                          Defendants. | No. 2:11-cv-00414 MCE-KJN<br><br>**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER**<br><br>Date:          October 27, 2022<br>Time:         10:00 a.m.<br>Courtroom:  7  (via Zoom)<br>Judge:        Hon. Morrison C. England, Jr.<br>Trial Date:   None<br>Action Filed: June 9, 2011 |

///
///
///
///
///
///
///
///

1

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Under Local Rule 174(a)(1) and the Court's October 18, 2022 Minute Order (ECF No. 336), Defendants Allen, Bangi, Krpan, and St. Clair, by and through their attorneys of record, waive their right to personally appear, and consent to appear by videoconference, at the hearing on Plaintiffs' motions for reconsideration and to withdraw consent to the magistrate judge scheduled for October 27, 2022, at 10 a.m., in Courtroom 7 of this Court. (ECF Nos. 327, 328, 329.)

Dated:  October 21, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

SA2011302076
36656863.docx

2

**ORDER**

Good cause appearing, Defendants Allen, Bangi, Krpan, and St. Clair's waiver of personal appearance and consent to hearing by videoconference, ECF No. 337, is GRANTED.  Defendants Allen, Bangi, Krpan, and St. Clair, by and through their attorneys of record, shall appear by videoconference at the October 27, 2022, hearing on Plaintiffs' Motion for Reconsideration of Order and Motion to Withdraw Consent to Magistrate Judge. (ECF Nos. 327-329.)

IT IS SO ORDERED.

DATED: October 24, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3

State Defs.' Waiver of Personal Appearance & Consent to Hearing by Videoconference and Order
(2:11-cv-00414 MCE-KJN)