CAROLYN L. NORTHROP – State Bar No. 237989
SCHUERING ZIMMERMAN & DOYLE
400 University Avenue
Sacramento, CA 95825-6502
(916) 567-0400
FAX 568-0400
Email: cln@szs.com

Attorneys for Defendant, DOCTORS HOSPITAL OF MANTECA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

| | |
|---|---|
| LINNIE STAGGS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> DOCTORS HOSPITAL OF MANTECA, INC., et al., <br><br> Defendant | Case No.: 2:11-CV-00414-MCE-KJN <br><br> WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND [PROPOSED] ORDER |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Under Local Rule 174(a)(1) and the Court's October 18, 2022 Minute Order (ECF No. 336), Defendant, DOCTORS HOSPITAL OF MANTECA, by and through its attorneys of record, waives its right to personally appear, and consent to appear by videoconference, at the hearing on Plaintiffs' Motion for Reconsideration and Motion to Withdraw Consent to the Magistrate Judge scheduled for October 27, 2022, at 10:00 a.m., in Courtroom 7 of this Court. (ECF Nos. 327, 328, 329.)

Dated: October 24, 2022

                                      **SCHUERING ZIMMERMAN & DOYLE, LLP**

                                      By_____
                                             CAROLYN L. NORTHROP
                                             Attorneys for Defendant, DOCTORS HOSPITAL OF MANTECA

WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND [PROPOSED] ORDER

**ORDER**

Good cause appearing, Defendant DOCTORS HOSPITAL OF MANTECA's waiver of personal appearance and consent to conduct hearing by videoconference, ECF No. 338, is GRANTED. Based on their waiver, Defendant DOCTORS HOSPITAL OF MANTECA, by and through its attorneys of record, shall appear by videoconference at the October 27, 2022, hearing on Plaintiffs' Motion for Reconsideration of Order and Motion to Withdraw Consent to Magistrate Judge.  (ECF Nos. 327-329.)

IT IS SO ORDERED.

Dated:  October 28, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE