CARTER C. WHITE, CSB #164149
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616
Telephone: (530)752-5440
Fax: (530)752-5788
ccwhite@ucdavis.edu

*Attorney for Plaintiffs*
Linnie and Melissa Staggs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINNIE STAGGS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ROBERT E. STAGGS, AND MELISSA STAGGS**,<br><br>Plaintiffs,<br><br>vs.<br><br>**DOCTORS HOSPITAL OF MANTECA INC., ET AL.**,<br><br>Defendants | Case No.: 2:11-cv-00414 MCE-KJN<br><br>**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER**<br><br>HEARING:   OCTOBER 27, 2022<br>TIME:            10:00 A.M.<br>COURTROOM:  7 (VIA ZOOM)<br>JUDGE:  HON. MORRISON C. ENGLAND, JR. |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's Minute Orders (ECF Nos. 329 and 336), Plaintiffs Linnie and

Melissa Staggs, through their attorney of record, waive their right to personally appear, and

consent to appear by videoconference, at the hearing on Plaintiffs' motions for reconsideration

and to withdraw consent to the magistrate judge scheduled for October 27, 2022, at 10:00 a.m., in Courtroom 7 of this Court. (ECF Nos. 327, 328).

Dated: October 24, 2022

By: */s/ Carter C. White*
Carter C. White
UC Davis Civil Rights Clinic
*Attorney for Plaintiffs*

# ORDER

Good cause appearing, Plaintiffs Linnie and Melissa Staggs' waiver of personal appearance and consent to conduct hearing by videoconference, ECF No. 339, is GRANTED. Based on their waiver, Plaintiffs Linnie and Melissa Staggs, by and through their attorney of record, shall appear by videoconference at the October 27, 2022 hearing on Plaintiffs' Motion for Reconsideration of Order and Motion to Withdraw Consent to Magistrate Judge. (ECF Nos. 327-329.)

IT IS SO ORDERED.

Dated: October 28, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE