Stephanie Roundy, Esq., Bar No. 211871
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
Facsimile:  (209) 957-9165
sroundy@mrrjlaw.com

Attorneys for Defendant
MARIO P. SATTAH, M.D.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS<br><br>Plaintiff(s),<br>vs.<br><br>DOCTOR'S HOSPITAL OF MANTECA, INC., IVAN CLAY, Warden, TIM VIRGA, Interim Warden, FRANK X. CHAVEZ, Warden,  SHARON AUNGST, JACK ST. CLAIR, M.D., CURTIS ALLEN, M.D., EDWIN BANGI, M.D., JOHN KRPAN, D.O., JONATHAN BENAK, PA, LINCOLN RUSSIN, M.D., JAMES P. OWEN, M.D., MARIO P. SATTAH, M.D. and DOES 1 through 100, inclusive<br><br>Defendant(s). | Case No. 2:11-CV-00414-MCE-KJN<br><br>**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Under Local Rule 174(a)(1) and the Court's October 18, 2022 Minute Order (ECF No. 336), Defendant Mario Sattah, M.D., by and through his attorney of record, waives his right to personally appear, and consents to appear by videoconference at the hearing on Plaintiffs' motions for reconsideration and to withdraw consent to the magistrate judge scheduled for October 27, 2022, at 10 a.m., in Courtroom 7 of this Court. (ECF Nos. 327, 328, 329.)

Dated: October 24, 2022                              MORDAUNT, ROUNDY, REIHL & JIMERSON

                                                     By:  */s/ Stephanie Roundy*
                                                          Stephanie Roundy, Esq.
                                                          Attorneys for Defendant
                                                          MARIO P. SATTAH, M.D.

1

WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER

**ORDER**

Good cause appearing, Defendant Mario Sattah's waiver of personal appearance and consent to conduct hearing by videoconference, ECF No. 340, is GRANTED. Based on their waiver, Defendant Mario Sattah, M.D., by and through his attorney of record, shall appear by videoconference at the October 27, 2022 hearing on Plaintiffs' Motion for Reconsideration of Order and Motion to Withdraw Consent to Magistrate Judge. (ECF Nos. 327-329.)

IT IS SO ORDERED.

Dated: October 28, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Mordaunt,
Roundy, Reihl
& Jimerson
7488 Shoreline Drive,
Suite B1
Stockton, CA 95219
(209) 473-8732

2

WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER