Rob Bonta, State Bar No. 202668
Attorney General of California
Christine E. Garske, State Bar No. 232879
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7320
 Facsimile:  (916) 322-8288
 E-mail:  Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LINNIE STAGGS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOCTORS HOSPITAL OF MANTECA, INC., et al.,**<br><br>Defendants. | No. 2:11-cv-00414 DJC-CSK<br><br>**STIPULATION AND ORDER FOR FIVE-DAY EXTENSION TO FILE TRIAL BRIEFS AND EXHIBIT LISTS**<br><br>Trial Date:   July 29, 2024<br>Time:           9:00 a.m.<br>Courtroom:  10 (13th Floor)<br>Judge:         Honorable Daniel J. Calabretta<br>Action Filed: June 9, 2011 |

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rules 143 and 144, Plaintiffs and Defendants, by and through their attorneys of records, stipulate to and request a five-day extension to file their trial briefs and exhibit lists. The current filing deadline is July 17, 2024. Good cause exists to grant this stipulated request because the parties require more time to identify joint exhibits and potentially address legal issues that arise during the parties' meet-and-confer discussions.

The Court's Amended Final Pretrial Order requires the parties to file their trial briefs and exhibits lists on July 17, 2024. (ECF No. 368, 3:22-26, 10:10.) The parties timely

1

exchanged trial exhibits, and have diligently strived to meet the Court's deadline to file the exhibit lists. Despite their reasonable efforts, the parties require more time to identify documents that will be designated as joint exhibits because of the voluminous medical records. An extension will likely result in agreement of many joint exhibits, which will in turn reduce the number of objections to exhibits. Similarly, the parties' informal discussions have raised, and mooted, several legal issues the parties intend to address in their trial briefs. Because the parties' informal discussions continue, they seek a short extension so that they can included or remove legal issues that arise during their continued informal-resolution discussions.

This limited request will not affected any other deadlines or filing of other trial-related documents. The parties therefore respectfully request that the Court grant a five-day extension, up to and including, July 22, 2024, for the parties to file the joint and separate exhibit lists and trial briefs.

IT IS SO STIPULATED.

Dated:  July 17, 2024                    Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants Allen, Bangi, Krpan, and St. Clair*

Dated: July 17, 2024                    */s/ Carter C. White* (as authorized 7/17/24)

CARTER C. WHITE
UC Davis Civil Rights Clinic
*Attorney for Plaintiffs*

/ / /

/ / /

2
Stipulation & Order for Five-Day Extension to File Exhibit Lists and Trial Briefs
(2:11-cv-00414 DJC-CSK)

Dated:  July 17, 2024                    MORDAUNT, ROUNDY, REIHL & JIMERSON

                                         */s/ Curtis E. Jimerson* (as authorized 7/17/24)

                                         CURTIS E. JIMERSON
                                         STEPHANIE ROUNDY
                                         *Attorneys for Defendant Maria P. Sattah, M.D.*

## **ORDER**

Good cause appearing, the parties' stipulated request for a five-day extension to file their exhibit lists and trial briefs is GRANTED. The parties shall file the exhibits lists and trial brief no later than July 22, 2024.

IT IS SO ORDERED.

Dated:  July 18, 2024                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE