CAROLYN L. NORTHROP, BAR NO. 237989
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
Email: cln@szs.com

Attorneys for Defendant, DOCTORS HOSPITAL OF MANTECA, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNIE STAGGS, individually and as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS,<br><br>Plaintiffs,<br><br>vs.<br><br>DOCTORS HOSPITAL OF MANTECA, INC., et al.,<br><br>Defendants. | NO. 2:11-CV-00414-DJC-CSK<br><br>ORDER GRANTING EX PARTE APPLICATION RE: DETERMINATION OF GOOD FAITH SETTLEMENT OF DEFENDANT, DOCTORS HOSPITAL OF MANTECA, INC., AND PLAINTIFFS |

GOOD CAUSE HAVING BEEN SHOWN, the Court finds that the settlement between Plaintiffs, LINNIE STAGGS, individually and as Administrator of the ESTATE OF ROBERT E. STAGGS, deceased, and MELISSA STAGGS, and Defendant, DOCTORS HOSPITAL OF MANTECA, INC. (hereinafter "DHM"), is hereby deemed to be a good faith settlement within the meaning and effect of California Code of Civil Procedure sections 877 and 877.6.  Any further claims of any joint tortfeasors or co-obligors relating to the subject matter of this lawsuit against DHM for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault are hereby forever barred and dismissed with prejudice pursuant to California Code

/ / /

1

ORDER GRANTING EX PARTE APPLICATION RE: DETERMINATION OF GOOD FAITH SETTLEMENT OF DEFENDANT, DOCTORS HOSPITAL OF MANTECA, INC., AND PLAINTIFFS

of Civil Procedure section 877.6, subdivision (c).  Further, all claims against DHM are hereby dismissed with prejudice.

     IT IS SO ORDERED.

Dated:  July 26, 2024       /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING EX PARTE APPLICATION RE: DETERMINATION OF GOOD FAITH SETTLEMENT OF DEFENDANT, DOCTORS HOSPITAL OF MANTECA, INC., AND PLAINTIFFS